UNITED STATES of America,
Plaintiff–Appellee

v.

Maria CARDENAS–MONTELONGO,
Defendant–Appellant.

No. 13–50511
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2013.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Maria Cardenas–Montelongo, Danbury, CT, pro se.

Doyle L. Young, Law Office of Doyle L. Young, P.C., Waco, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, DENNIS, and GRAVES, Circuit Judges.

---

PER CURIAM: *

The attorney appointed to represent Maria Cardenas–Montelongo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Cardenas–Montelongo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.